IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-00104-GCM

| | |
|---|---|
| NICOLE M. MCAULIFFE,<br>                    Plaintiff,<br>v.<br><br>CAMPUS CREST GROUP, LLC,<br>THE GROVE STUDENT<br>PROPERTIES, LLC, f/k/a<br>CAMPUS CREST REAL ESTATE<br>MANAGEMENT, LLC, CAMPUS<br>CREST CONSTRUCTION, LLC<br>CAMPUS CREST DEVELOPMENT, LLC,<br>CAMPUS CREST PROPERTIES, LLC,<br>CAMPUS CREST LEASE, LLC<br>CAMPUS CREST AVIATION, LLC<br>CAMPUS CREST VENTURES I, LLC,<br>CAMPUS CREST AT ASHEVILLE, LLC,<br>MADEIRA GROUP, LLC, MXT CAPITAL,<br>LLC, 339 UNION STREET HOUSE, LLC,<br>Jointly and Severally, and all d/b/a CAMPUS<br>CREST COMMUNITIES, and MICHAEL<br>S. HARNETT, Individually, and TED W.<br>ROLLINS, Individually, as the Alter-Egos of<br>CAMPUS CREST COMMUNITIES,<br><br>                    Defendants. | **ORDER** |

**THIS MATTER** is before the Court upon the motion of Plaintiff to consolidate this case pursuant to Rule 42(a) of the Federal Rules of Civil Procedure with the case captioned *Heather McCormack v. Campus Crest Group, LLC, et al.*, Civil Action No. 3:10-cv-00102-RLV-DSC. As required by Rule 42(a) these cases present common questions of law and fact, therefore the motion is GRANTED.

IT IS HEREBY ORDERED that these two cases be consolidated. Case Number 3:10-CV-00104 is to be closed and the Court will move forward with Case Number 3:10-CV-00102.

Signed: April 9, 2010

Graham C. Mullen
United States District Judge