# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL NO. 3:10-CV-00102-MOC-DSC

HEATHER MCCORMACK, et. al.,

      Plaintiffs,

v.

CAMPUS CREST GROUP, LLC, AND THE
GROVE STUDENT PROPERTIES, LLC,
FORMERLY KNOWN AS CAMPUS CREST
REAL ESTATE MANAGEMENT, LLC,
CAMPUS CREST CONSTRUCTION LLC,
CAMPUS CREST DEVELOPMENT LLC,
CAMPUS CREST PROPERTIES LLC, CAMPUS
CREST DISTRIBUTION LLC, CAMPUS CREST
LEASE LLC, CAMPUS CREST AVIATION LLC,
CAMPUS CREST VENTURES I LLC, CAMPUS
CREST ASHEVILLE MANAGER LLC,
CAMPUS CREST AT ASHEVILLE LLC,
MADEIRA GROUP LLC, MXT CAPITAL LLC,
339 UNION STREET HOUSE LLC, CAMPUS
CREST COMMUNITIES OPERATING
PARTNERSHIP, LP, CAMPUS CREST
COMMUNITIES GP, LLC, CAMPUS CREST
COMMUNITIES LP, LLC, JOINTLY AND
SEVERALLY, AND ALL DOING BUSINESS AS
CAMPUS CREST COMMUNITIES, INC., AND
MICHAEL S. HARTNETT, INDIVIDUALLY,
AND TED W. ROLLINS, INDIVIDUALLY, AND
AS THE ALTER-EGOS OF THE CORPORATE
DEFENDANTS,

      Defendants.

## ORDER

      **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac

Vice [for T. Matthew Miller]" (document #36) filed July 6, 2011.  For the reasons set forth therein,

the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: July 6, 2011

David S. Cayer
United States Magistrate Judge